**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBIN MACBETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:11-cv-00724-LW |
| | ) | |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ROBIN MACBETH , by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                            RESPECTFULLY SUBMITTED,

                                        By:  /s/ Peter Cozmyk_____
                                                  Peter Cozmyk, Esq.
                                                  Attorney for Plaintiff
                                                  Ohio Registration No. 0078862
                                                  Krohn & Moss, Ltd.
                                                  8043 Corporate Circle, Suite 3
                                                  North Royalton, OH 44133
                                                  Telephone: (323) 988-2400 x 213
                                                  Fax: (866) 799-3206
                                                  pcozmyk@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 17, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Jeff Wood, Attorney for Defendant, at e-mail address [jwood@crsresults.com](mailto:jwood@crsresults.com).

                                                     /s/ Peter Cozmyk
                                                   Peter Cozmyk
                                                   Attorney for Plaintiff