## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

ROBIN MACBETH,                                    )
                                                  )
    Plaintiff,                 )
                                                  )
    v.                         )          Case No.: 1:11-cv-00724-LW
                                                  )
COMMERCIAL RECOVERY                               )
SYSTEMS, INC.,                                    )
                                                  )
    Defendant.                 )

## NOTICE OF VOLUNTARY DISMISSAL

       ROBIN MACBETH (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and

pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without

Court Order) voluntarily dismisses, with prejudice, COMMERCIAL RECOVERY SYSTEMS,

INC. (Defendant), in this case.

                    RESPECTFULLY SUBMITTED,

               By:  /s/ Peter Cozmyk_____
                    Peter Cozmyk, Esq.
                    Attorney for Plaintiff
                    Ohio Registration No. 0078862
                    Krohn & Moss, Ltd.
                    8043 Corporate Circle, Suite 3
                    North Royalton, OH 44133
                    Telephone: (323) 988-2400 x 213
                    Fax: (866) 799-3206
                    pcozmyk@consumerlawcenter.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 14, 2011, I electronically filed the foregoing Notice of

Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said

Notice was electronically submitted to Jeff Wood, Attorney for Defendant, at e-mail address

jwood@crsresults.com.

/s/ Peter Cozmyk
Peter Cozmyk
Attorney for Plaintiff
