UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBIN MACBETH, | ) CASE NO. 1:11 CV 0724 |
| Plaintiff, | ) |
| -vs- | ) ORDER OF DISMISSAL |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) |
| Defendant. | ) |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on the Plaintiff's notice to voluntarily dismiss the instant matter with prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this case is dismissed with prejudice, each party shall bear its own fees and costs.

IT IS SO ORDERED.

        /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 22 July 2011